AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| SLM FINANCIAL CORP. ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 1:09-cv-3379 |
| MWM of New Jersey, Inc. a/k/a ) | |
| M.W.M. of New Jersey, Inc., et al. ) | |
| _Defendant_ ) | |

### AURS SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Michael W. Mitchell
524 White Horse Pike
Audubon, New Jersey 08106

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vincent T. Cieslik, Esquire
Conrad O'Brien PC
1040 Kings Highway North, Suite 600
Cherry Hill, New Jersey 08034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALS..**
CLERK OF COURT

Date: 10/16/09

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| SLM FINANCIAL CORP. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 1:09-cv-3379 |
| MWM of New Jersey, Inc. a/k/a M.W.M. of New Jersey, Inc., et al. | ) | |
| _Defendant_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MWM of New Jersey, Inc.
524 White Horse Pike
Audubon, New Jersey 08106

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vincent T. Cieslik, Esquire
Conrad O'Brien PC
1040 Kings Highway North, Suite 600
Cherry Hill, New Jersey 08034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 10/16/09

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| SLM FINANCIAL CORP. ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> MWM of New Jersey, Inc. a/k/a ) <br> M.W.M. of New Jersey, Inc., et al. ) <br> ) <br> *Defendant* ) | Civil Action No. 1:09-cv-3379 |

RJB/KS     **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Anchor Beach Club, LLC
624 White Horse Pike
Audubon, New Jersey 08106

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vincent T. Cieslik, Esquire
Conrad O'Brien PC
1040 Kings Highway North, Suite 600
Cherry Hill, New Jersey 08034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 10/16/09

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| SLM FINANCIAL CORP. <br> *Plaintiff* <br> v. <br> MWM of New Jersey, Inc. a/k/a M.W.M. of New Jersey, Inc., et al. <br> *Defendant* | Civil Action No. 1:09-cv-3379 |

ALIAS **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   108 East Rambler Avenue, LLC
524 White Horse Pike
Audubon, New Jersey 08106

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Vincent T. Cieslik, Esquire
Conrad O'Brien PC
1040 Kings Highway North, Suite 600
Cherry Hill, New Jersey 08034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 10/16/09

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

SLM FINANCIAL CORP. )
)
*Plaintiff* )
)
v. ) Civil Action No. 1:09-cv-3379
)
MWM of New Jersey, Inc. a/k/a )
M.W.M. of New Jersey, Inc., et al. )
*Defendant* )

ALIAS    **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    Grammercy Avenue, LLC
524 White Horse Pike
Audubon, New Jersey 08106

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Vincent T. Cieslik, Esquire
Conrad O'Brien PC
1040 Kings Highway North, Suite 600
Cherry Hill, New Jersey 08034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 10/16/09    _____
*Signature of Clerk or Deputy Clerk*